```
                                          FILED

                                       AUG 25 2015

                                   CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY              DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROSA ELENA CARDONA,<br><br>　　　　　　Defendant. | Case No.: 14CR0855-CAB<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the United States of America and good cause appearing, the Information in the above entitled case is dismissed without prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

IT IS SO ORDERED.

DATED: 8/25/15

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE MITCHELL D. DEMBIN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge